**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MILDRED PEDREGON, ) | Case No. EDCV 12-0361-JPR |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social ) Security, ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Memorandum and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: June 5, 2013

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge